FILED

08 JUL 31 PM 2:47

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ ECL _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>          v.<br><br>Efrein MENDOZA-Cardenas<br><br>                          Defendant. | Magistrate Case No.: '08 MJ 2359<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about July 30, 2008, within the Southern District of California, defendant Efrein MENDOZA-Cardenas did knowingly and intentionally import approximately 16.04 kilograms (35.28 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 31st, DAY OF JULY 2008.

_____
JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Efrein MENDOZA-Cardenas

STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Brandon Wood.

On July 30, 2008, at approximately 1540 hours, Efrein MENDOZA-Cardenas entered the United States at the Calexico, California East Port of Entry (POE). MENDOZA was the driver, registered owner, and sole occupant of a 2002 Toyota Camry with California license plate number 6CHU444.

During pre-primary roving operations, Customs and Border Protection Canine Enforcement Officer (CEO) J. Jones was screening vehicles with his Narcotics Human Detector Dog (NHDD) when his NHDD alerted to the rockers of MENDOZA's vehicle. MENDOZA was escorted to the vehicle secondary office and CEO J. Jones drove the vehicle into the vehicle secondary lot for a more intensive inspection.

In the vehicle secondary office, Customs and Border Protection Officer (CBPO) A. Cuellar received a negative customs declaration from MENDOZA. MENDOZA stated to CBPO A. Cuellar that he had owned the vehicle for five (5) months and that he was on his way to Calexico to shop. Upon further inspection of the vehicle, CBPO A. Cuellar discovered packages in the rocker panels of the vehicle. One of the packages was probed which revealed a white substance which tested positive for cocaine, a Schedule II Controlled Substance. The total weight of the packages was 16.04 kilograms (35.28 pounds).

Special Agent (SA) Brandon Wood placed MENDOZA under arrest for violation of Title 21 United States Code 952 and 960, Importation of a Controlled Substance. MENDOZA was advised of his Constitutional Rights, per Miranda, which he acknowledged and waived.

MENDOZA admitted knowledge that a controlled substance was concealed within the vehicle. MENDOZA stated to SA Wood that the smuggling organization was going to pay him $2500 to smuggle the controlled substance into the United States.

MENDOZA stated that he was paid $1000 of the $2500 up front. MENDOZA was processed, booked, and transported to Imperial County Jail.