1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:   (619) 687-2666
   michelle_betancourt@fd.org

6  Attorneys for Mr. Mendoza-Cardenas

8  UNITED STATES DISTRICT COURT

9  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA, ) Case No. 08MJ2359
   |                           )
12 |        Plaintiff,         )
   |                           )
13 | v.                        )
   |                           ) **NOTICE OF APPEARANCE**
14 | **EFREIN MENDOZA-CARDENAS,** )
   |                           )
15 |        Defendant.         )
   |                           )

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

Respectfully submitted,

Dated: August 5, 2008           s/ *Michelle Betancourt*
                                **MICHELLE BETANCOURT**
                                Federal Defenders of San Diego, Inc.
                                Attorneys for Defendant
                                michelle_betancourt@fd.org

**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Mendoza-Cardenas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08mj2359 |
| Plaintiff, | ) | |
| v. | ) | PROOF OF SERVICE |
| **EFREIN MENDOZA-CARDENAS,** | ) | |
| Defendant. | ) | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    Assistant United States Attorney
    Efile.dkt.gc2@usdoj.gov

Dated: August 5, 2008

          s/ Michelle Betancourt
MICHELLE BETANCOURT
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: michelle_betancourt@fd.org