

FILED
AUG - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **EFREIN MENDOZA-CARDENAS,** ) <br> ) <br> Defendant. ) <br> _____ ) | Magistrate Case No. 08MJ2359-JMA <br><br> **DETENTION ORDER** |

A. <u>Order For Detention</u>
After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B. <u>Statement of Reasons For The Detention</u>
The Court orders the defendant's detention because it finds:
   __✓__ By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.
   _____ By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

C. <u>Finding Of Fact</u>
The Court's findings are based on the evidence which was presented to Court and that which was contained in the pretrial Services report, and includes the following:
   __✓__ (1)  Nature and circumstances of the offense charged:
      __X__ (a)  The offense charged is:

      **21:952 AND 960**

      _____ (b)  The offense is a crime of violence.
      __✓__ (c)  The offense involves a narcotic drug.
      __✓__ (d)  The offense involves a large amount of controlled substances, to wit:
         16.04 kg / 35.28 pounds of cocaine
   __✓__ (2)  The weight of the evidence against the defendant is strong.
   __✓__ (3)  The history and characteristics of the defendant including:
      (a)  General Factors:
         _____ The defendant appears to have a mental condition which may affect whether the defendant will appear.

1
2
3
4

    _____ The defendant has no family ties in the area.
    _____ The defendant has no steady employment.
    ✓ The defendant has no substantial financial resources.
    ✓ The defendant is not a long time resident of the community.
    _____ The defendant does not have any significant community ties.
    _____ Past conduct of the defendant:_____

5
6
7

    _____ The defendant has a history relating to drug abuse.
    _____ The defendant has a history relating to alcohol abuse.
    _____ The defendant has a significant prior criminal record.
    _____ The defendant has a prior record of failure to appear at court proceedings.

(b) Whether the defendant was on probation, parole, or release by a court:

8
    At the time of the current arrest, the defendant was on:
    _____ Probation
9
    _____ Parole
    _____ Release pending trial, sentence, appeal or completion of sentence.
10
(c) Other Factors:
    _____ The defendant is an illegal alien and is subject to deportation.
11
    _____ The defendant is a legal alien and will be subject to deportation if convicted.
12
    ✓ Other: *[handwritten] - Long-time resident of Mexicali, Mexico*
13
*[handwritten left margin: - Mex./m.d. of Mex./maximum sentence of life is pris.d.]*
*[handwritten] - Immediate family all resides in Mexico*
*[handwritten] - Evident he lives in Mexico &*
14
*[handwritten] - small, recent, criminal incentive to flee*
(4) The nature and seriousness of the danger posed by the defendant's release are *[handwritten] Mexico*
as follows: _____
15
_____

16
    ✓ (5) Rebuttable Presumptions
In determining that the defendant should be detained, the Court also
17
relied on the following rebuttable presumption(s) contained in 18
U.S.C. § 3142(e) which the Court finds the defendant has not rebutted:
18
    _____ a. That no condition or combination of conditions will
reasonably assure the appearance of the defendant as required
19 *[handwritten: Guideline*
and the safety of any other person and the community because
*Level 34 -*
the Court finds that the crime involves:
20 *157-168 mos]*
        _____ (A) A crime of violence; or
        _____ (B) An offense for which the maximum penalty is <u>life</u> imprisonment
21
            or death; or
        _____ (C) A controlled substance violation which has a maximum penalty
22
            of 10 years or more; or
        _____ (D) A felony after the defendant had
23
            been convicted of two or more
            prior offenses described in (A)
24
            through (C) above, <u>and</u> the
            defendant has a prior conviction
25
            for one of the crimes mentioned
            in (A) through (C) above which is
26
            less than five years old and which
            was committed while the
27
            defendant was on pretrial release.
    ✓ b. That no condition or combination of conditions will
28
        reasonably assure the appearance of the defendant as required
        and the safety of the community because the Court finds that

there is probable cause to believe:

_____ (A) That the defendant has committed a controlled substance violation which has a maximum penalty of 10 years or more.

_____ (B) That the defendant has committed an offense under 18 U.S.C. § 924(c) (uses or carries a firearm during and in relation to any crime of violence, including a crime of violence, which provides for an enhanced punishment if committed by the use of a deadly or dangerous weapon or device).

D. Additional Directives

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; and

The defendant be afforded reasonable opportunity for private consultation with counsel; and,

That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

This order is made without prejudice to modification by this Court and without prejudice to the Defendant's exercise of the right to bail.

Dated: AUGUST 5, 2008

JAN M. ADLER
**United States Magistrate Judge**