1  MICHAEL D. STEIN
   State Bar No. 43727
2  2951 "A" Street
   San Diego, CA 92102
3  Tel.: (619)-232-8987
4  Fax: (619)-232-2285

5  Attorneys for Defendant
   Efrein Mendoza Cardenas

**FILED**

AUG 1 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (SAN DIEGO)

| | |
|---|---|
| UNITED STATE OF AMERICA<br><br>Plaintiff,<br><br>Vs.<br><br>Efrein MENDOZA CARDENAS,<br><br>Defendant. | Case No.: 08-MJ-2359<br><br>**SUBSTITUTION OF ATTORNEY AND ORDER THEREON** |

The defendant, EFREIN MENDOZA CARDENAS, hereby substitutes MICHAEL D. STEIN as his attorney of record in the case on file herein. Current Counsel Michele Bentencourt is hereby relieved of any and all responsibility of representation for the above-mentioned defendant, including trial and appeal.

I consent to the substitution.

Dated: August __7__, 2008

_____
Efrein Mendoza Cardenas
Defendant

+

1

Case No.: 08-MJ-2359
EFREIN MENDOZA CARDENAS

I consent to the substitution

Date: August 7, 2008

_____
MICHAEL D. STEIN

I consent to the substitution

Date: August 11, 2008

_____
Michael Bentencourt
Federal Defenders

SO ORDERED:

Date: August 14, 2008

_____
United States Magistrate Judge
Honorable Judge Jan M. Adler

2