**FILED**
SEP - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2934-W |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |
| EFREIN MENDOZA-CARDENAS, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about July 30, 2008, within the Southern District of California, defendant EFREIN MENDOZA-CARDENAS, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 16.04 kilograms (35.28 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: _____.

KAREN P. HEWITT
United States Attorney

*(signature)*
CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:jam:Imperial
8/12/08