AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA

V.

__Efrein Mendoza-Cardenas__

**WAIVER OF INDICTMENT**

08cr2934-W

CASE NUMBER: __08mj02359-CAB__

FILED
SEP - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, __Efrein Mendoza-Cardenas__, the above named defendant, who is accused of

21 USC, Secs. 952 and 960 - Importation of Cocaine (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __9-2-8__ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd